### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| HOMEWARD BOUND, INC., *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 85-CV-437-GKF-TLW |
| ) | |
| THE HISSOM MEMORIAL CENTER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

### O R D E R

Plaintiff Class Member Paula Cook's Motion for Temporary Restraining Order [Doc. No. 1513] without notice to the adverse party pursuant to Fed.R.Civ.P. 65(b) is denied, as the specific facts in the affidavits do not clearly show that immediate and irreparable injury will result to the movant before the adverse party can be heard in opposition.  Reductions in Mrs. Conner's pay pursuant to the new Habilitation Training Specialist services regulations (effective June 11, 2010) appear to have taken place on September 1, 2011 and October 1, 2011, and the adverse party may be heard prior to the next scheduled reduction on November 1, 2011.

Defendants are directed to respond to plaintiff Class Member Cook's Motion for Preliminary Injunction [Doc. No. 1513] and her Motion to Enforce Permanent Injunction [Doc. No. 1512] on or before October 25, 2011.  Ms. Cook shall file a consolidated reply limited to fifteen pages on or before October 26, 2011.

The Motion for Preliminary Injunction and Motion to Enforce Permanent Injunction are set for hearing on October 27, 2011 at 10:30 a.m.

WHEREFORE, Class Member Paula Cook's Motion for Temporary Restraining Order [Doc. No. 1513] is denied, and the Motion for Preliminary Injunction [Doc. No. 1513] and Motion to

Enforce Permanent Injunction [Doc. No. 1512] are set for hearing on October 27, 2011 at 10:30 a.m.

IT IS SO ORDERED this 18th day of October, 2011.

Gregory K. Frizzell
United States District Judge
Northern District of Oklahoma