**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **HOMEWARD BOUND, INC.,** *et al.*, | ) |
| Plaintiffs, | ) |
| vs. | ) No. 85-CV-437-GKF |
| **THE HISSOM MEMORIAL CENTER,** *et al.*, | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL OF
PLAINTIFF CLASS MEMBER PAULA COOK'S
MOTION TO ENFORCE PERMANENT INJUNCTION**

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of Federal Procedure, the Parties to this motion hereby stipulate to the dismissal of Plaintiff Class Member Paula Cook's Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. 1513) and Motion to Enforce Permanent Injunction, filed October 5, 2011.  (Dkt. 1512)  The Parties show as follows:

1.   Pursuant to the settlement of the Parties, the Commission for the Oklahoma Department of Human Services and the Oklahoma Health Care Authority will seek amendment to OAC Policies 317:40-5-110(g); 340:100-5-35(b)(6); and 317:30-5-482(8)(B)(ii).  OKDHS has amended 340:100-5-35(b)(6) as agreed and OHCA is in the process of amending its policies. The amendment will allow Homeward Bound class members an exception to the HTS limitations if needed.  It is agreed that the limitations on HTS hours will not be enforced against Paula Cook until such time as the amended policies are effective.

2.   Further, it is stipulated that Paula Cook has been found to be entitled to the exception as allowed by these rules.

3.   The dismissal of this matter represents a compromise of disputed claims and is not an admission by any party as to the correctness or validity of the other party's positions.

WHEREFORE the Parties stipulate to the Dismissal of Plaintiff Class Member Paula Cook's Motion to Enforce Permanent Injunction.

Respectfully submitted,

/s/Patricia Bullock
Patricia Bullock, OBA No. 9569
BULLOCK, BULLOCK & BLAKEMORE, P.L.L.C.
110 West 7th Street, Suite 707
Tulsa, Oklahoma 74119
*Attorney for Plaintiff*

/s/ Lynn Rambo-Jones
Lynn Rambo-Jones, OBA No. 4785
Deputy General Counsel
Oklahoma Health Care Authority
Drawer No. 18497
Oklahoma City, OK 73154-0497
*Attorney for Defendant, Oklahoma Healthcare Authority*

/s/Kindanne C. Jones
Kindanne C. Jones, OBA No. 11374
Assistant Attorney General
Office of the Oklahoma Attorney General
313 N.E. 21st Street
Oklahoma City, OK 73105
*Attorney for Defendant, Oklahoma Department of Human Services*